IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL DAVITT,

    Plaintiff,

vs.                                   No. CV 17-00541 KG/KRS

DR. CASTELLO, JANET DOE,
JANE DOE, and JOHN DOE,

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the Complaint for Violation of Civil Rights filed by Plaintiff Michael Davitt (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the Complaint for Violation of Civil Rights filed by Plaintiff Michael Davitt (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE